**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER GRANTING DEFENDANT'S** |
| Plaintiff, | ) | **MOTION TO TERMINATE SUPERVISED** |
| | ) | **RELEASE** |
| vs. | ) | |
| | ) | |
| Robert McFall, | ) | Case No. 1:04-mj-002 |
| | ) | |
| Defendant. | ) | |

On July 16, 1997, the defendant, Robert McFall, pled guilty to one count of distribution of methamphetamine in the United States District Court for the District of Colorado. See Court Exhibit 1. On October 3, 1997, McFall was sentenced to a term of imprisonment of ninety six (96) months, and upon release from custody was placed on supervised release for a term of five (5) years. On December 30, 2003, jurisdiction over McFall's probation was transferred to the District of North Dakota. McFall presently resides in Mandan, North Dakota, under the supervision of Federal Probation and Parole Officer Jessica Johnson.

On March 7, 2007, the Court received a letter from McFall wherein he requested an early termination of supervised release. See Docket No. 2. During the four years spent on supervised release, McFall has complied with all of the conditions of his supervision. In addition, McFall has maintained consistent, full-time employment, and continues to strengthen and build family relationships. The Government does not oppose the early termination of supervised release in this case. McFall has approximately twelve (12) months of supervised release remaining.

In the interests of justice and upon careful reconsideration of the entire record, the Court **GRANTS** the Defendant's Motion to Terminate Supervised Release (Docket No. 2). The defendant, Robert McFall, is granted total relief from placement on supervised release, and the previously-

imposed term of five years of supervised release is reduced to time served to date.

**IT IS SO ORDERED**.

Dated this 19th day of April, 2007.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court